**FILED**

NOV - 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case Number 13-168-1 (JDB) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| MICHAEL T. SESTAK, | : | 18 U.S.C. § 371 (Conspiracy) |
| | : | |
| Defendant. | : | 18 U.S.C. § 201(b)(2) (Bribery) |
| | : | |
| | : | 18 U.S.C. §§ 1957; 1956(h) (Conspiracy to Engage in Monetary Transactions) |
| | : | |
| | : | CRIMINAL FORFEITURE: |
| | : | |
| | : | 18 U.S.C. § 981(a)(1)(C); |
| | : | 18 U.S.C. § 982(a); |
| | : | 28 U.S.C. § 2461(c); |
| | : | 21 U.S.C. § 853(p) |

Case: 1:13-cr-00168
Assigned To: John D. Bates
Assign. Date: 11/05/2013
Description: SUPERSEDING INFORMATION (A)

## Superseding INFORMATION

The United States charges that:

### COUNT ONE

From at least in or around February 2012, continuing through at least in or around December 2012, within the extraterritorial jurisdiction of the United States and within the District of Columbia and elsewhere, and pursuant to Title 18, United States Code, Sections 3237 and 3238, within the venue of the United States District Court for the District of Columbia, the defendant MICHAEL T. SESTAK and other conspirators known and unknown did knowingly combine, conspire, confederate, and agree, together and with persons whose identities are known and unknown, to commit offenses against the United States, that is, bribery, in violation of Title 18, United States Code, Section 201(b)(2), and visa fraud, in violation of Title 18, United States Code, Section 1546, and to defraud the United States Government by interfering with and obstructing a lawful government function, that is, the unbiased and disinterested issuance of

visas by the Department of State to non-United States citizens, by deceit, craft, trickery, and dishonest means, in violation of Title 18, United States Code, Section 371.

(**Conspiracy,** in violation of Title 18, United States Code Section 371).

## COUNT TWO

On or about August 17, 2012, in Vietnam, within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, defendant MICHAEL T. SESTAK, being a public official, and others known and unknown, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value – that is, cash – in return for: (a) being influenced in the performance of an official act; (b) being influenced to commit and aid in committing, and colluding in and allowing, a fraud, and make opportunity for the commission of a fraud, on the United States; and (c) being induced to do and omit to do an act in violation of defendant SESTAK's official duty; such official act and official duty being the issuance of a United States nonimmigrant visa, and such influence, fraud, and violation being the issuance of a fraudulently-obtained visa to a visa applicant in exchange for cash.

(**Bribery** in violation of Title 18, United States Code, Section 201 (b)(2)).

## COUNT THREE

From at least in or around February 2012, continuing through at least in or around December 2012, within the extraterritorial jurisdiction of the United States and elsewhere, defendant MICHAEL T. SESTAK did knowingly and willfully combine, conspire, and agree together with others known and unknown to violate Title 18, United States Code, Section 1957, that is, by knowingly engaging and attempting to engage in monetary transactions in criminally derived property of a value greater than $10,000, such property having been derived from

specified unlawful activities, that is, bribery and visa fraud, all in violation of Title 18, United States Code, Section 1956(h).

**(Conspiracy to Engage in Monetary Transactions in Property Derived from Specified Unlawful Activity** in violation of Title 18, United States Code, Sections 1957 and 1956(h)).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in Count One of this Information, defendant MICHAEL T. SESTAK shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of conspiracy to commit bribery, pursuant to 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c), and any property, real or personal, which constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of conspiracy to commit visa fraud, and any property, real or personal, which was used to facilitate the commission of the offense of conspiracy to commit visa fraud, or was intended to be used to facilitate the offense of conspiracy to commit visa fraud, pursuant to 18 U.S.C. Section 982(a)(6).  The property subject to forfeiture includes:

- Any and all funds and securities seized from Scottrade account #XXXX0015, held in the name of ANHDAO THUY NGUYEN, and

- $198,199.13 seized from the Department of Treasury from the Treasury Suspense Account under Seizure Number 38130010-01.

Upon conviction of the offense alleged in Count One of this Information, the United States will seek a forfeiture money judgment against defendant MICHAEL T. SESTAK for at least $6,021,440.58.  The defendant is jointly and severally liable for this amount with any co-conspirators ordered to pay a forfeiture money judgment as a result of a conviction for this offense.

3

Upon conviction of the offense alleged in Count Two of this Information, defendant MICHAEL T. SESTAK shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c). The United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

Upon conviction of the offense alleged in Count Three of this Information, defendant MICHAEL T. SESTAK shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to 18 U.S.C. Section 982(a)(1). The property subject to forfeiture includes:

- Any and all funds and securities seized from Scottrade account #XXXX0015, held in the name of ANHDAO THUY NGUYEN, and
- $198,199.13 seized from the Department of Treasury from Treasury Suspense Account under Seizure Number 38130010-01.

Upon conviction of the offense alleged in Count Three of this Information, the United States will seek a forfeiture money judgment against defendant MICHAEL T. SESTAK for at least $6,021,440.58. The defendant is jointly and severally liable for this amount with any co-conspirators ordered to pay a forfeiture money judgment as a result of a conviction for this offense.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of defendant MICHAEL T. SESTAK:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

       d.      has been substantially diminished in value; or

       e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 982(a)(6), 981(a)(1)(c), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c)).

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447889

Christopher Kavanaugh
Assistant United States Attorney
Virginia Bar No. 73093
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, DC 20530
(202) 252-6977
Christopher.Kavanaugh@usdoj.gov

Brenda J. Johnson
Assistant United States Attorney
D.C. Bar Number 370737
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., 11th Floor
Washington, DC 20530
(202) 252-7801
Brenda.Johnson@usdoj.gov

Catherine K. Connelly
Assistant United States Attorney
Mass. Bar No. 649430
Asset Forfeiture and Money Laundering
United States Attorney's Office
555 Fourth Street, N.W., 4th Floor
Washington, DC 20530
(202) 252-7732
Catherine.Connelly2@usdoj.gov