# Michael Sestak

has successfully completed the requirements to be recognized as



**CompTIA A+ CERTIFIED CE**



COMP001021263887
**CANDIDATE ID**

February 08, 2018
**CERTIFICATION DATE**

EXP DATE: 02/08/2021

TODD THIBODEAUX, PRESIDENT & CEO

Code: 6213YVWP3HVEQCWC
Verify at: http://verify.CompTIA.org

CompTIA.

# Michael Sestak

has successfully completed the requirements to be recognized as



**CompTIA Network+ CERTIFIED·CE**

COMP001021263887
**CANDIDATE ID**

February 22, 2018
**CERTIFICATION DATE**

EXP DATE: 02/22/2021



TODD THIBODEAUX, PRESIDENT & CEO

Code: 1BLVPV1HEPQ41SGZ
Verify at: http://verify.CompTIA.org

CompTIA

# Michael Sestak

has successfully completed the requirements to be recognized as



**CompTIA Security+ CERTIFIED · CE**

Code: C8LRZTRH3DEQO2CM
Verify at: http://verify.CompTIA.org



COMP001021263887
**CANDIDATE ID**

March 08, 2018
**CERTIFICATION DATE**

EXP DATE: 03/08/2021

TODD THIBODEAUX, PRESIDENT & CEO

CompTIA

# Cisco Certifications

**Michael Sestak**

has successfully completed the Cisco certification exam requirements and is recognized as a

## Cisco Certified Network Associate Routing and Switching



CISCO CERTIFIED
CCNA
ROUTING & SWITCHING

Date Certified   April 20, 2018
Valid Through   April 20, 2021
Cisco ID No.    CSCO13305097

Chuck Robbins
Chief Executive Officer
Cisco Systems, Inc.

Validate this certificate's authenticity at
www.cisco.com/go/verifycertificate
Certificate Verification No. 43210299345 7JMYF

© 2018 Cisco and/or its affiliates

600348477
0423

⑤


**PeopleCert**®
All talents, certified.


**AXELOS**
GLOBAL BEST PRACTICE

This is to certify that

# MICHAEL SESTAK

Has achieved the

## ITIL® Foundation Certificate in IT Service Management

Effective from  **23 Aug 2018**          Expiry date  **N/A**

Certificate number  **GR750459305MS**       Candidate number  **9980031247358410**

_____        _____
Peter Hepworth, CEO, AXELOS            Panoraia Theleriti, Certification Qualifier, PeopleCert





*A Smarter Approach to Healthcare IT*

March 24, 2018

Michael     Sestak
michael.t.sestak@gmail.com

Dear Michael ,

Thank you for your interest in The HCI Group. We look forward to you joining our team! We are pleased to extend an offer of employment to you with the following terms:

Role: JAX - Tier 1 - Epic Customer Support Technician        Client: Mayo Clinic Health System

Anticipated Start Date: April 23, 2018        Hourly Rate: $17.00

All wages are paid on a bi-weekly basis, provided you have rendered services during the pay period, subject to any deductions permitted under law. All hours payable to you must be approved by HCI's client listed above.

Eligible employees may elect to participate in our health insurance programs on the first day of the month following 30 days of employment. A full description of the health insurance plans can be viewed in the onboarding portal. Eligible employees also have the opportunity to participate in our 401(k) plan on the first day of the month following 6 months of employment. Please note that when your assignment ends, your Health, Dental and Vision coverage will continue through the end of the month. The other services will end the same day as your last day worked.

This offer is conditional upon your ability to provide proof of right to work in the United States, the satisfactory completion of a background check, reference check and pre-employment drug test, and the execution of the Company Handbook Acknowledgement, Confidential Information, and Non-Compete Agreements. If The HCI Group has not received the information requested within 3 business days of the date on this offer letter, please be advised that your offer will be withdrawn.

The HCI Group is an at-will employer. This means that both you and The HCI Group reserve the right to terminate the employment relationship at any time for any reason, with or without notice. This letter serves only to confirm our verbal discussion of your employment and does not constitute a contract of employment.

By signing this letter below, you also understand that it does not create a contract for employment or guarantee employment of any duration, as your employment is at will. Unless otherwise extended by The HCI Group, this conditional offer will expire end of business, 3 business days after the date of this offer letter.

Very truly yours,

*[signature]*

Jarrod Germano
Executive Vice President Recruitment

{00339351 3 }





# EMPLOYMENT AGREEMENT

**THIS AGREEMENT (this "Agreement") is between PAX Technology, Inc. ("PAX"), and the person signing as Michael Sestak ("Employee"), collectively as ("Parties").**

**Introduction:** PAX is engaged in the business of providing superior quality POS solutions, software system integration, on-line maintenance, on-call and on-site technical support, as well as training and consulting services (Products). PAX sells Products to distributors and end users (Customers). Employee has direct or supervisory responsibility for the sale of the Products to a significant number of the PAX Customers. This Agreement provides for specific obligations relating to the conduct and duties of Employee.

**BY SIGNING THIS AGREEMENT, EMPLOYEE AGREES AS FOLLOWS:**

**1. Faithful Performance of Job Responsibilities:**

Employee agrees to devote a minimum of forty (40) hours per week in completion of services for PAX as QA Tester. Employee shall devote his or her best efforts to perform his or her responsibilities for PAX. Employee shall act professionally and ethically with customers, prospective customers, suppliers, and PAX personnel. Employee shall comply with PAX policies and procedures and provide accurate financial information regarding all business conducted for PAX.

**2. Services Start Date:**   November 26, 2018 ("Effective Date")

**3. Compensation:**

For services provided, PAX will pay Employee $17.50 per hour which is payable according to PAX's current payroll schedule.  Employee shall be ineligible for a salary adjustment following the company wide 2018 annual performance review. Employee will next be eligible for a salary adjustment during the company wide 2019 annual performance review.

Employee would also be eligible to participate in PAX's benefits package. After three (3) months, or ninety (90) days of employment, Employee will be able to participate in PAX's 401(k) plan, subject to the conditions set forth in the plan policy. PAX will match up to 5% (dollar for dollar) of employee's contribution.

PAX offers ten (10) days of paid time off. Every year employee remains with PAX, another day will be added up to fifteen (15) days. Additionally, PAX observes eight (8) total paid holidays, subject to change at PAX's discretion.

Health, dental, and vision insurance are available through PAX. Both PAX and employee will each share 50% of the insurance premium.

Employee shall be reimbursed for business travel expenses according to PAX's travel policy, which will be provided separately.

### 4. Compliance with Policies:

While employed at PAX, Employee agrees to abide by all of the Company's policies, which may be amended from time to time in the Company's sole discretion, including its general personnel policies and the Employee Handbook.

### 5. No Conflicting "Side Business":

While employed by PAX, Employee agrees not to engage in any other employment or business pursuit involving or affecting Customers or the sale of any product or solution in the credit processing and merchant transactions markets without first obtaining the written consent of PAX.

### 6. Confidentiality:

Employee agrees to comply with all confidentiality and non-disclosure requirements of the company, including reviewing and signing PAX's Confidentiality and Non-Disclosure Agreement.

### 7. Return of Materials Upon Termination of Employment:

Upon termination of Employee's employment by PAX, or at any other time PAX may so request, Employee shall turn over to PAX all business records, contracts, orders, invoices, price lists, calendars, rolodexes, contact lists, correspondence, email, electronic files, and other materials or business records relating to PAX, its business or its Customers, including all physical and electronic copies thereof. Employee agrees to certify he or she has complied in full with this provision upon PAX's request.

### 8. Term and Termination:

This Agreement shall become effective upon execution by both parties and shall remain in effect unless terminated in writing by either Employee or PAX. Employee's employment by the PAX is "at will," and this Agreement shall not be construed to create a contract for employment for a fixed term.

This Agreement may be terminated for any reason or no reason by either party upon written notice or immediately by PAX.

### 9. Modification or Amendment:

No amendment, change, or modification of this Agreement shall be valid unless in writing signed by the parties hereto.

**10. Waiver:**

Waiver by PAX of breach of any provision of this Agreement by the other shall not operate or be construed as a continuing waiver.

**11. Arbitration of Disputes:**

California Employees agree to the provisions laid out in the California Arbitration Agreement.

The parties hereto agree to arbitrate any dispute, claim, or controversy ("Claim") against each other arising out of this Agreement or Employee's employment, including, but not limited to, Employee's hiring or termination or any conduct or obligation of either party arising after termination of Employee's employment. The Arbitration shall be held in Jacksonville, Florida and shall be arbitrated by one arbitrator in accordance with the Rules for Employment of the American Arbitration Association ("AAA"). Employee understands that the decision or award of the arbitration shall be final and binding upon the parties. The arbitrator shall have the power to award any types of legal or equitable relief that would be available in a court of competent jurisdiction; provided that either party may, without waiving its right to compel arbitration, seek and obtain equitable relief from a court of competent jurisdiction to protect its position and/or enforce the provisions of this Agreement. Any arbitration award may be entered as a judgment or order in any court of competent jurisdiction.

**12. Additional Terms:**

Employee acknowledges that he or she does not have any restrictions that would prevent him or her from joining the Company and providing the services contemplated under this Agreement. Employee also agrees to not bring to employment or use in connection with employment, any confidential or proprietary information that was used or accessed to, by reason or any previous employment that is the property of any previous employer, including, but not limited to, password, e-mails, business plans, documents, and the like. Employee agrees to devote his or her full business time, attention, and best efforts to the affairs of PAX.


Unless a period of time is defined in this Agreement, or unless Employee's terms and conditions are modified by a written agreement, or by a change in the Company's personnel policies, all terms and conditions of employment described in this agreement extend for the duration of Employee's employment with the Company. This Agreement is not intended to be, and should not be construed as creating a contract guaranteeing employment for any specific duration. Employee understands and agrees that the relationship between Employee and the Company is one of at-will employment. Either Employee (subject to any applicable notice period) or PAX may terminate the employment relationship at any time, for any lawful reason, or no reason.


**13. Miscellaneous:**

(a) The terms of this Agreement are intended to be enforced to the maximum extent permitted by law. In the event that any provision is found unenforceable, in whole or in part, the remaining portion of such provision and the remaining terms of this Agreement shall be enforced to the fullest extent permitted by law. (b) Employee and PAX agree that, in addition to any other remedies that may be available, PAX shall

be entitled to obtain injunctive relief to prevent or stop any actual or threatened breach of the confidentiality, non-solicitation and no-hire provisions of this Agreement (and Employee waives any bond or similar requirement associated with such relief). (c) This Agreement shall be governed by and enforced in accordance with the laws of the State of Florida.

**14. Successors, Assigns and Affiliates:**

This Agreement shall inure to the benefit of and be binding upon the parties hereto, their successors and assigns. The scope of this Agreement shall extend to any present or future affiliates or successors to the business of PAX. If PAX expands products, customers, markets or territories in a way that involves Employee, the references herein to "Products," "Customers" and "Confidential Business Information" will be construed to include that expanded business.

**15. Conditions:**

Employee's employment and Company's obligations under this Agreement are contingent upon Employee's completion of the enclosed forms and Employee's successful completion of a confidential drug test and a background investigation. This background investigation includes, but not limited to employment, education, credit history, and criminal record. Employee must provide confirmation of his or her authorization to work in the United States.

Additionally, Employee must provide appropriate document verification to allow PAX to substantiate the amount of previous compensation. This offer must be accepted, in writing, within five (5) business days of its origination date. Employee must commence employment with the Company within twenty- one (21) days of accepting this offer.

**IN WITNESS WHEREOF, PAX AND EMPLOYEE HAVE SIGNED THIS AGREEMENT AS OF THE DATE SHOWN BELOW.**

PAX Technology, Inc.

| | |
|---|---|
| _____ | _____ |
| Signature | Signature |
| | |
| _____ | _____ |
| Name | Name |
| | |
| _____ | _____ |
| Date | Date |

**National Student Clearinghouse ®**
2300 Dulles Station Blvd., Suite 300, Herndon, Virginia 20171
PH (703) 742-4200   FX (703) 742-4239
www.studentclearinghouse.org
© 2019 National Student Clearinghouse. All rights reserved

| IMPORTANT: If you are forwarding this certificate to a 3rd-party, we advise that you print your policy, account or other identifying information on each page. |
|---|
| Policy/Acct. Holder Name |
| Policy/Account/Group or Other ID # |

# Current Enrollment Verification Certificate

Transaction ID#: 034250892

Date/Time Notified: 01/04/2019 7:46 EST

The National Student Clearinghouse as Authorized Certifying Agent for

## VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY

verifies the enrollment below for

## MICHAEL T SESTAK

The student's current anticipated graduation date is 05/18/2022.

This document should not be used for loan deferment verification purposes. Those verifications are handled by lenders using online access to the Clearinghouse. Refer lenders with questions to service@studentclearinghouse.org.

| Term Start Date | Term End Date | Enrollment Status | Status Effective Date | Date Certified by School |
|---|---|---|---|---|
| 08/20/2018 | 12/13/2018 | Less Than Half Time<br>- END OF RECORD - | 08/20/2018 | 12/12/2018 |

Enrollment Status definitions are as follows:   Undergraduate students: Full-time for Fall or Spring semester is 12 or more credit hours; Full-time for Summer terms is 5 credit hours each term.   Graduate students: Full-time for Fall or Spring semester is 9 or more credit hours; Full-time for Summer terms is 3 credit hours each term.   Please note, audit hours are not used for establishing minimum full-time enrollment.

*This information verified has been obtained directly and exclusively from the individual's educational institution. The Clearinghouse specifically disclaims any responsibility or liability for errors or omissions in information supplied to the Clearinghouse by an educational institution, including direct, indirect, incidental, special, or consequential damages based in contract, tort, or any other cause of action, resulting from the use of information supplied by the educational institution and verified.*



# Display Unofficial Transcript

01/03/19 11:08 PM

This is NOT an official transcript. Courses which are in progress may also be included on this transcript.

Institution Credit    Transcript Totals    Courses in Progress

## Transcript Data
### STUDENT INFORMATION

| | |
|---|---|
| **Name :** | Michael T. Sestak |
| **Student Type:** | Continuing |
| **Primary College:** | Interdisciplinary |
| **Primary Major:** | IT - Information Technology |

***Transcript type:WEB is NOT Official ***

### INSTITUTION CREDIT    -Top-

**Term: Fall 2018**

| | |
|---|---|
| **Primary College:** | Interdisciplinary |
| **Primary Major:** | IT - Information Technology |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| ECE | 5484 | Virtual | GR | Fundamentals Computer Systems | A | 3.000 | 12.00 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| **Cumulative:** | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |

Unofficial Transcript

### TRANSCRIPT TOTALS (GRADUATE)    -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| **Total Transfer:** | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |

Unofficial Transcript

**COURSES IN PROGRESS    -Top-**

**Term: Spring 2019**

**Primary College:** Interdisciplinary

**Primary Major:** IT - Information Technology

| Subject | Course | Campus | Level | Title | Credit Hours |
|---------|--------|--------|-------|-------|--------------|
| ACIS | 5504 | Virtual | GR | Sys/Database Concepts | 3.000 |
| CS | 5044 | Virtual | GR | Object-Oriented Pgmming Java | 3.000 |
| ECE | 5480 | Virtual | GR | Cybersecurity and the IoT | 3.000 |

Unofficial Transcript

© 2019 Ellucian Company L.P. and its affiliates.

# Report Results

Return

```
Unofficial Transcript
Name        : Sestak,Michael
Student ID: 7400630
Birthdate : 1971-06-27
Sex         : Male
Address     : 1300 Shetter Ave
              Apt 6308
              Jacksonville Beach, FL 32250
              United States
Va Western Community College
3093 Colonial Avenue, SW
Roanoke, VA 24015-4705
United States
Identifying Code: 003760
Print Date  : 2019-01-03
Requested By : Michael Sestak
Reason      : Web Transcript Request
                - - - - - Academic Program History - - - - -
Program     : Non-Curricular
2018-05-16  : Active in Program
              2018-05-16 : Personal Satisfaction Major

                - - - - - Beginning of Credit Record - - - - -
                                2018 Fall
ITP      120       Java Programming I            4.00    4.00 A    16.000
         TERM GPA :    4.000      TERM TOTALS :  4.00    4.00      16.000

         CUM  GPA :    4.000      CUM  TOTALS :  4.00    4.00      16.000
                   Good Standing
Credit Career Totals
         CUM  GPA :    4.000      CUM  TOTALS :  4.00    4.00      16.000
```

Return





**Learn to Read**
*Changing adult lives through literacy*

**Judy Bradshaw**
*Executive Director*

**Board of Directors**

**Moses Meide**
*President*

**Steve Reinel**
*Vice-President*

**Ashley Kelly**
*Secretary*

**Jill Auld**

**Cassidy Bergstrom**

**Jametoria Burton**

**Caroline Crawford**

**Vickie Robinson**

**Hillery Shepard**

**Natalie Stockton**

**Carolyn Shehee Williams**

December 3, 2018

To Whom It May Concern:

This letter is a personal recommendation for Michael Sestak from Learn to Read. Learn to Read is a non-profit organization focused on improving adult literacy in Jacksonville, Florida.

Mike has been a volunteer at Learn to Read since June 2018. During this time, Mike has completed tutor training and has been a hard-working, conscientious, and dedicated volunteer tutor. Mike prepares lessons and meets with his student who is working on getting his General Equivalency Diploma (GED). They have been meeting once or twice a week to work on reading, math, social studies, and science. Mike also completes the monthly progress reports detailing his student's progress and accomplishments.

Our organization relies heavily on volunteers. We value Mike's volunteer service, and I believe Mike's character, professionalism, and his desire to help others will make him successful in his future endeavors.

Best regards,

*Lisa Alexander*

Lisa Alexander
Literacy Program and Volunteer Coordinator
Learn to Read, Inc.
40 E Adams Street, LL30
Jacksonville, FL 32202
Office: 904-238-9000

---

40 E Adams Street, LL30 • Jacksonville, FL 32202 • Phone (904) 238-9000 • Fax (904) 717.6928 • www.learntoreadjax.org