UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 13-168 (JDB) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL T. SESTAK, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that the government does not oppose defendant's second motion for early termination of supervised release and defers to the Court on this matter.

Respectfully submitted,

JESSIE K LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By: _____/s/_____
BRENDA J. JOHNSON
Assistant U.S. Attorney
D.C. Bar No. 370737
Tel: (202) 252-7801
Brenda.Johnson@usdoj.gov
National Security Section
555 4th Street, N.W., 11th floor
Washington, D.C. 20530