UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 13-168-01(JDB) |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL T. SESTAK,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
### FOR RELEASE OF RECORDS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that the government has provided the defendant with the records he has requested to the extent that the government can obtain the records.

It should be noted that the defendant has requested:

1. Any records documenting the US Government's custody, from initial seizure by Diplomatic Security agents in May 2013 to final transfer at the time of sale, of the ownership documents for each of Mr. Sestak's real estate holdings in Thailand.

   Response: The government has provided the documents to Mr. Sestak.

2. Any records documenting the agreement(s) between the USAO and Mr. Sestak's retained attorneys (Michael Hannon, Gray Broughton, and Tsar Mulvana) establishing the relationship between those parties and the procedures to be followed in regard to the liquidation of Mr. Sestak's Thai properties and transfer of funds received.

   Response: The government's recollection, consistent with USAO policy, is that there were no agreements outside of the plea agreement signed by the defendant and his counsel. The forfeiture section of the plea agreement details the procedures to be

followed in regard in Mr. Sestak's voluntary liquidation of the properties purchased in Thailand with proceeds of his illegal activity. There were communications between government counsel and defense counsel regarding the transactions and fees but the communications were consistent with the terms of the plea agreement. We have provided Mr. Sestak with an email dated July 7, 2015, in which this Office approved of an arrangement under which the law firm in Thailand would deduct its fees and expenses from the sales proceeds from the properties, send the balance to Mr. Sestak's counsel in the United States, who would deduct his fees and expenses and then send the remaining balance to the United States. Any records documenting the disposition of proceeds and the US Government's receipt of funds resulting from the liquidation of Mr. Sestak's Thai properties was provided. The government also provided existing locatable communications received regarding the disposition of proceeds. We reached out to the law firm in Thailand and received an email in return that attached a series of emails and documents related to the disposition of the properties. We have provided Mr. Sestak with those emails and documents. In addition, we have provided Mr. Sestak with the following:

1) The sale contracts for the properties in Thailand;

2) Documents reflecting the receipt and disbursement of funds by Mr. Sestak's U.S. counsel;

3) Copies of letters and checks issued by Mr. Sestak's US counsel to the United States.

To the extent that these documents do not satisfactorily answer the questions that Mr. Sestak has posed, the United States will endeavor to obtain the information he needs.

3. Any records reflecting the payments, charges, and adjustments made to the Court's forfeiture order issued in this case related to funds paid by, seized, or otherwise received from Mr. Sestak and/or the co-defendants subject to the order.

Response: The payments received from Mr. Sestak are as follows $1,551,133.71 from the sale of the Thai properties, $2,900,818.88 from a Scott Trade Account, $198,199.13 from the Department of Treasury.

4. A current accounting of the outstanding balance on the forfeiture order.

Response:  $1,371,288.86.

                                    Respectfully submitted,

                                    MICHAEL R. SHERWIN
                                    ACTING UNITED STATES ATTORNEY
                                    New York Bar Number 4444188

By:   */s/ Brenda J. Johnson*
        Brenda J. Johnson
        Assistant U.S. Attorney
        D.C. Bar No. 370737
        Tel: (202) 252-7801
        Brenda.Johnson@usdoj.gov
        National Security Section
        555 4th Street, N.W., 11th floor
        Washington, D.C. 20530