# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 13-168-01(JDB)** |
| **MICHAEL T. SESTAK,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Michael T. Sestak, acting as *Pro Se*, provide the following joint status report pursuant to the Court's June 24, 2020 Minute Order:

1.  Prior to this filing of the Joint Status Report, Mr. Michael T. Sestak communicated with the government that he was unaware of the ability to file a joint response with the government and therefore submitted his own response via overnight mail on July 29, 2020. Mr. Michael T. Sestak advises the Court to disregard that response.

2.  All parties agree that the Court's issued Order is now resolved and all materials have been transferred and received by Mr. Michael T. Sestak.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar Number 4444188

By: /s/ *Brenda J. Johnson*
      BRENDA J. JOHNSON
      D.C. Bar No. 370737
      Assistant United States Attorney
      National Security Section
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C. 20530
      Brenda.Johnson@usdoj.gov
      (202) 252-7801


      /s/  Michael T. Sestak
      Michael T. Sestak (Acting *Pro Se*)
      4840 Deer Lake Dr. East, Apt 4111
      Jacksonville, FL 32246
      (904) 574-0584
      Michael.T.Sestak@gmail.com